UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Funai Electric Co., Ltd.; Funai Corporation, Inc.; P&F USA, Inc.; and Funai Service Corporation<br><br>Plaintiffs,<br><br>v.<br><br>LSI Corporation, Agere Systems LLC, and Avago Technologies General IP (Singapore) Pte. Ltd.,<br><br>Defendants. | Case No. 5:16-cv-01210-BLF<br><br>**[PROPOSED]** ORDER RESETTING DATE OF CASE MANAGEMENT CONFERENCE<br><br>Hon. Beth Labson Freeman, District Judge |

WHEREAS, Plaintiffs Funai Electric Co., Ltd.; Funai Corporation, Inc.; P&F USA, Inc.; and Funai Service Corporation (collectively "Funai") moved the Court to reset the Case Management Conference to July 21, 2016 at 11:00 a.m. The current June 23, 2016 deadline was set by this Court's order. Lead counsel for Plaintiff will be out of the country from June 20, 2016 through July 11, 2016. Defendants' counsel has not yet entered an appearance in this case.

Therefore, for the good cause shown above, it is hereby ORDERED that the Case Management Conference shall be reset to July 21, 2016 at 11:00 a.m. The parties shall submit their Case Management Conference Statements by July 14, 2016 at 5:00 p.m.

Dated: [illegible]

_____
UNITED STATES DISTRICT/~~MAGISTRATE JUDGE~~

CASE NO. 5:16-CV-01210

[PROPOSED] ORDER RESETTING DATE OF CMC