# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| FUNAI ELECTRIC CO., LTD.; FUNAI CORPORATION, INC.; P&F USA, INC.; and FUNAI SERVICE CORPORATION., <br><br> Plaintiffs, <br><br> v. <br><br> LSI CORPORATION, AGERE SYSTEMS LLC, and AVAGO TECHNOLOGIES GENERAL IP (SINGAPORE) PTE. LTD., <br><br> Defendants. | **CASE NO. 5:16-CV-01210-BLF** <br><br> [~~PROPOSED~~] ORDER GRANTING JOINT MOTION FOR ADMINISTRATIVE RELIEF REGARDING THE CASE MANAGEMENT CONFERENCE |

The Court, having considered Plaintiffs' Funai Electric Co., Ltd., Funai Corporation, Inc., P&F USA, Inc., and Funai Service Corporation ("Plaintiffs") and Defendants' LSI Corporation, Agere Systems LLC, and Avago Technologies General IP (Singapore) Pte. Ltd. ("Defendants") Joint Motion for Administrative Relief Regarding the Case Management Conference, and good cause appearing, hereby GRANTS the motion.

The Case Management Conference shall be reset to September 22, 2016 at 11:00 a.m.  The parties shall submit their Case Management Conference Statements by September 15, 2016 at 5:00 p.m.

IT IS SO ORDERED.

Dated: ꓣ}^ꓥ̃ꓱꓲ̃ ꓱ̃ꓯꓖꓱꓝꓲ̃

_____
UNITED STATES JUDGE

68536108V.2

[PROPOSED] ORDER GRANTING JOINT MOTION FOR ADMINISTRATIVE RELIEF
REGARDING THE CASE MANAGEMENT CONFERENCE